No. 22-1515

# In the United States Court of Appeals
# for the Seventh Circuit

UNITED STATES OF AMERICA EX REL. TODD HEATH,

*Plaintiff/Relator – Appellant*,

v.

WISCONSIN BELL, INC.,

*Defendant – Appellee*.

Appeal from the United States District Court
for the Eastern District of Wisconsin,
Lead Case No. 2:08-cv-00724-LA
The Honorable Judge Lynn Adelman

**CIRCUIT RULE 54 STATEMENT**

<div style="columns:2">

Michael J. Gill
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois  60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711

Helgi C. Walker
  *Counsel of Record*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539

Andrew LeGrand
Ashley E. Johnson
Stephen J. Hammer
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900

</div>

COUNSEL FOR APPELLEE WISCONSIN BELL, INC.

# CIRCUIT RULE 54 STATEMENT

Pursuant to Circuit Rule 54, Wisconsin Bell respectfully states that this Court should remand the case to the United States District Court for the Eastern District of Wisconsin for further proceedings consistent with the opinion issued by the Supreme Court of the United States in this case.

The Supreme Court explicitly left "issues about damages"—which "are a long way away"—"for the courts below to decide, should it ever become necessary to do so." *Wis. Bell, Inc. v. United States ex rel. Heath*, 145 S. Ct. 498, 508 (2025). In compliance with that directive, this Court should therefore leave issues about damages to be resolved by the district court in the first instance. *See Vendo Co. v. Lektro-Vend Corp.*, 434 U.S. 425, 428 (1978) (per curiam) ("The Circuit Court is bound by the decree [of the Supreme Court] as the law of the case; and must carry it into execution, according to the mandate.") (citation omitted).

| Dated: April 15, 2025 | Respectfully submitted, |
|---|---|
| | /s/ Helgi C. Walker |
| Michael J. Gill | Helgi C. Walker |
| MAYER BROWN LLP | *Counsel of Record* |
| 71 South Wacker Drive | GIBSON, DUNN & CRUTCHER LLP |
| Chicago, Illinois 60606 | 1700 M Street, N.W. |
| Telephone: (312) 782-0600 | Washington, D.C. 20036 |
| Facsimile: (312) 701-7711 | Telephone: (202) 955-8500 |
| *mgill@mayerbrown.com* | Facsimile: (202) 467-0539 |
| | *hwalker@gibsondunn.com* |
| | |
| | Andrew LeGrand |
| | Ashley E. Johnson |
| | Stephen J. Hammer |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 2001 Ross Avenue, Suite 2100 |
| | Dallas, Texas 75201 |
| | Telephone: (214) 698-3100 |
| | Facsimile: (214) 571-2900 |
| | *alegrand@gibsondunn.com* |
| | *ajohnson@gibsondunn.com* |
| | *shammer@gibsondunn.com* |

COUNSEL FOR APPELLEE WISCONSIN BELL, INC.

[✓] **CERTIFICATE OF SERVICE**
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on __April 15, 2025__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ __Helgi C. Walker__

[ ] **CERTIFICATE OF SERVICE**
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

s/ _____