April 28, 2025

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

JOHN Z. LEE, *Circuit Judge*

No. 22-1515

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TODD HEATH, *Relator-Appellant*, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| v. | No. 2:08-cv-00724-LA |
| WISCONSIN BELL, INC., *Defendant-Appellee*. | Lynn Adelman, *Judge*. |

**O R D E R**

Pursuant to the mandate of the Supreme Court, this action is **REMANDED** to the district court for further proceedings consistent with the opinions of the Supreme Court and this court.